Fill in this information to identify your case:

Debtor 1: **Mary Elizabeth Snitkin**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (If known): **19-30244**

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Legal Assistant** | |
| Employer's name | **Bernard A Guerrini, PC** | |
| Employer's address | **6500 Greenville Ave., Ste. 320**<br>**Dallas, TX 75206** | |
| How long employed there? | **7 months** | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **3,333.20** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ **3,333.20** | $ **N/A** |

Official Form 106I                          **Schedule I: Your Income**                          page 1

Debtor 1  **Mary Elizabeth Snitkin**　　　　　Case number (*if known*)  **19-30244**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** ............... 4. | $ 3,333.20 | $ N/A |
| 5. | **List all payroll deductions:** | | |
| 5a. | Tax, Medicare, and Social Security deductions　5a. | $ 473.83 | $ N/A |
| 5b. | Mandatory contributions for retirement plans　5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans　5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans　5d. | $ 0.00 | $ N/A |
| 5e. | Insurance　5e. | $ 104.00 | $ N/A |
| 5f. | Domestic support obligations　5f. | $ 0.00 | $ N/A |
| 5g. | Union dues　5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: Parking　5h.+ | $ 88.83 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.　6. | $ 666.66 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.　7. | $ 2,666.54 | $ N/A |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.　8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends**　8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.　8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation**　8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security**　8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:　8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income**　8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify:　8h.+ | $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.　9. | $ 0.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9.　10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 2,666.54 + $ N/A | = $ 2,666.54 |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify:　11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies　12. | $ 2,666.54 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■  No.
    ☐  Yes. Explain: _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO:   19-30244 |
| | § | |
| Mary Elizabeth Snitkin, | § | CHAPTER 13 |
| | § | |
| Debtor | § | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing Amended Schedule I was served on the following entities listed in the attached mailing matrix either by Electronic Service or by First Class Mail, Postage Pre-paid on the 3rd day of April 2019;

*See attached mailing matrix.

Dated: April 3, 2019                                        /s/ Courtne Dotson
                                                            Courtne Dotson

```
Label Matrix for local noticing        BMW Bank of North America              BMW Bank of North America, CO AIS Portfolio
0539-3                                  AIS Portfolio Services, LP             4515 N Santa Fe Ave. Dept. APS
Case 19-30244-hdh7                      4515 N Santa Fe Ave                    Oklahoma City, OK 73118-7901
Northern District of Texas              Oklahoma City, OK 73118-7901
Dallas
Wed Apr  3 10:34:27 CDT 2019

1100 Commerce Street                    Ace Cash Express                       Avant Loan
Room 1254                               Attn: Bankruptcy Department            222 N. LaSalle St., Suite 1700
Dallas, TX 75242-1305                   1231 Greenway Dr., #600                Chicago, IL 60601-1101
                                        Irving, TX 75038-2511


Capital One Bank                        Chase Bank                             (p)CITIBANK
P.O. Box 30281                          P.O. Box 15298                         PO BOX 790034
Salt Lake City, UT 84130-0281           Wilmington, DE 19850-5298              ST LOUIS MO 63179-0034


(p)FIFTH THIRD BANK                     Frontline Asset Strategies             Macy's
MD# ROPS05 BANKRUPTCY DEPT              Dept. 101345                           P.O. Box 78008
1850 EAST PARIS SE                      P.O. Box 1259                          Phoenix, AZ 85062-8008
GRAND RAPIDS MI 49546-6253              Oaks, PA 19456-1259


(p)BMW FINANCIAL SERVICES               Nordstrom                              Paypal Credit
CUSTOMER SERVICE CENTER                 PO Box 6555                            P.O. Box 5138
PO BOX 3608                             Englewood, CO 80155-6555               Lutherville Timonium, MD 21094-5138
DUBLIN OH 43016-0306


Texas Dow                               United States Trustee                  Universal Fidelity LP
1001 FM                                 1100 Commerce Street                   16325 Westheimer Road
Hankamer, TX 77560                      Room 976                               Houston, TX 77082-1233
                                        Dallas, TX   75242-0996


Mary Elizabeth Snitkin                  Nicholas M Wajda                       Robert Yaquinto Jr.
1401 Scottsboro Ln.                     Wajda & Associates, APC                509 N. Montclair
Richardson, TX 75082-3005               5430 Lyndon B Johnson Fwy, Ste. 1200   Dallas, TX 75208-5450
                                        Dallas, TX 75240-2639
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank                                Fifth Third Bank                       Mini Financial Services
P.O. Box 78045                          P.O. Bank 630778                       P.O. Box 78103
Phoenix, AZ 85062                       Cincinnati, OH 45263                   Phoenix, AZ 85012
```

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20